MATHESON *v.* BRADY.

No. 15847. JUNE 10, 1947. REHEARING DENIED JULY 11, 1947.

*W. E. Armistead,* for plaintiff.
*Edwin S. Kemp* and *Allen O. Kemper,* for defendant.

ATKINSON, Justice. (After stating the foregoing facts.) In the briefs of both parties, each assumes that the Forest Park High School is a part of the State School System, and accordingly they predicate their contentions that the principal of such school was,

or was not, such an officer as would be subject to the writ of mandamus. By the view we take of this case we do not deem it essential to reach that question for determination.

The petition merely sets forth that Brady is the Principal of the Forest Park High School. There is no allegation that it is a part of the State School System, either as a county-wide school system, or as an independent school system; and, in the absence of such allegation, there is no official duty alleged. Code, § 64-101; *Atlantic Ice & Coal Corp.* v. *Decatur,* 154 *Ga.* 882 (115 S. E. 912). There is nothing in the petition that designates the Forest Park High School as being a part of the State School System, any more than as a private school. Even though, in fact, it be a part of the State School System, this court could not take judicial cognizance thereof under the Code, § 38-112.

*Judgment affirmed. All the Justices concur.*